IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN ANDREW SMILEY, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-431-JPG |
| ) | CRIMINAL NO. 98-40066-JPG |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent/Plaintiff. ) | |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been received Petitioner's Motion to Withdraw advising the Court to dismiss this case;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   January 25, 2007**

NORBERT JAWORSI

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
           **U. S. DISTRICT JUDGE**